# UNITED STATES DISTRICT COURT
for the

**E**ASTERN **D**ISTRICT **O**F **C**ALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:10CR00272-GGH-01 |
| | ) | |
| Terrance Strickland | ) | |
| *Defendant* | ) | |

## ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

It should be noted, Mr. Strickland was granted a term of Prejudgment Probation on January 10, 2011.  In October 2011, it came to the attention of the United States Probation Office (USPO) that Mr. Strickland was not being actively supervised.  Since that time, the USPO has worked diligently to address this issue.  Mr. Strickland has drug tested with negative results, a home inspection was completed, and an updated record check revealed no new law enforcement contact.  Based on the above, the United States Probation Office apologizes to the Court for this oversight and recommends that Mr. Strickland be discharged from probation and the proceedings dismissed.  Mr. Strickland's term of Prejudgment Probation is due to terminate on January 9, 2012.

**IT IS ORDERED:**   The defendant is discharged from probation on January 9, 2012, and the proceedings are dismissed without a judgment of conviction.

Date:        January 3, 2012               /s/ Gregory G. Hollows
                                                           *Judge's Signature*

                                                    Gregory G. Hollows, United States Magistrate Judge
                                                           *Printed Name and Title*

### Order Directing That Official Records be Expunged

The record shows that the defendant was less than 21 years of age when the offense was committed.

**IT IS ORDERED:**   All references to the defendant's arrest for this offense, and the institution of proceedings in this case and their results, must be expunged from all official records (except the nonpublic records kept by the Department of Justice under 18 U.S.C. § 3607(b).

Date:        January 3, 2012               /s/ Gregory G. Hollows
                                                           *Judge's Signature*

                                                    Gregory G. Hollows, U. S. Magistrate Judge
                                                           *Printed Name and Title*

cc: Matthew Stegman, Assistant United States Attorney